**WO**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Gregory Scott Dickens, | ) No. CV-01-757-PHX-NVW |
| Petitioner, | ) <u>DEATH PENALTY CASE</u> |
| vs. | ) |
| Dora Schriro, et al., | ) **ORDER** |
| Respondents. | ) |

Before the Court are Respondents Request for a Ruling and Petitioner's Motion for a More Definite Statement. (Dkt. 166, 167.)

In December 2006, Respondents filed an inquiry as to the status of this case pursuant to Local Rule Civil 7.2.(1). At that time, the Court suspended the rule in view of the number of other pending *capital* habeas cases before the Court and indicated that the merits of Petitioner's remaining claims were under advisement. (Dkt. 165.) On April 30, 2008, Respondents filed the pending request for an "expedited decision" pursuant to an inquiry made by a statutory victim under the newly-created Crime Victims' Rights Act (CVRA). *See* 18 U.S.C. 3771(a)(7), (b)(2). The Court is cognizant of its obligations under the CVRA. However, this is neither the Court's only capital habeas case nor is it the oldest. Consequently, the Court denies Respondents' request. The Court further notes that the matter is under active consideration and the Court anticipates that it will be prepared to issue its ruling by August 2008.

1    In response to the Request for a Ruling, Petitioner filed the pending Motion for a

2  More Definite Statement, seeking an order requiring Respondents to disclose the

3  circumstances under which the inquiry from the victim was made.  In support of this request,

4  Petitioner states only that he needs such information to formulate his response to

5  Respondents' filing.  Because a response to the Request for a Ruling is not required,

6  Petitioner's motion will be denied.

7    Accordingly,

8    **IT IS HEREBY ORDERED denying** Respondents' Request for a Ruling. (Dkt.

9  166.)

10    **IT IS FURTHER ORDERED denying** Petitioner's Motion for a More Definite

11  Statement.  (Dkt. 167.)

12    DATED this 7th day of May, 2008.

15  _____

16  Neil V. Wake
    United States District Judge

28

- 2 -